FLORENCE A. PLUMB *vs.* JOHN F. MAHER.

Third Judicial District.
Argued October 27th—decided December 18th, 1903.

ACTION to recover damages for personal injuries alleged to have been caused by the defendant's negligence, brought to the District Court of Waterbury and tried to the jury before *Cowell, J. ;* verdict and judgment for the plaintiff for $500, and appeal by the defendant.    *No error.*

Opinion filed with the clerk of the District Court of Waterbury.

*John O' Neill* and *William Kennedy*, for the appellant (defendant).

*William E. Thoms* and *Theodore E. Rogers*, for the appellee (plaintiff).